IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOHN SWAFFER, JR.,

    Plaintiff,

  v.                              Case No. 08-C-0208

DAVID DEININGER, et al.,

    Defendants.

## STIPULATION AND ORDER FOR TEMPORARY INJUNCTION

The parties, by their attorneys, stipulate that the Court may enter an order granting the plaintiff's request for a temporary injunction enjoining the defendants from enforcing the statutory provisions challenged in this matter as applied to the plaintiff through April 1, 2008, and until a final decision on the merits of this case or such other event as constitutes a final disposition of this matter.

Dated: March 18, 2008.        */s/ Michael D. Dean*
                                    MICHAEL D. DEAN
                                          State Bar # 1019171
                                          Attorney for Plaintiff

Dated: March 18, 2008.        */s/ Christopher J. Blythe*
                                    CHRISTOPHER J. BLYTHE
                                    State Bar #1026147
                                    Assistant Attorney General, State of Wisconsin
                                    Attorney for Defendants

## ORDER

Upon the foregoing Stipulation,

**IT IS HEREBY ORDERED** that the plaintiff's motion for a temporary injunction enjoining the defendants from enforcing the statutes challenged by this action as applied to the plaintiff is granted, such relief to extend through April 1, 2008, and until such other final disposition of this matter as ordered by this Court.

Dated this ____ day of March 2008.

BY THE COURT:

_____
THE HONORABLE J.P. STADTMUELLER
U.S. District Court Judge
Eastern District of Wisconsin