| | |
|---|---|
| **John Swaffer, Jr.** and **Michael Rasmussen**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **David Deininger**, in his official capacity as Chair of the Government Accountability Board; **Thomas Cane**, in this official capacity as Vice Chair of the Government Accountability Board; **Gerald Nichol**, in his official capacity as Secretary of the Government Accountability Board; **Michael Brennan**, in his official capacity as a member of the Government Accountability Board, **William Eich**, in his official capacity as a member of the Government Accountability Board; **James Mohr**, in his official capacity as a member of the Government Accountability Board; **Phillip A. Koss**, in his official capacity as District Attorney, <br><br> *Defendants*. | Civil Action No. 2:08-cv-00208-JPS <br><br> **Motion for Summary Judgment** |

Plaintiffs John Swaffer, Jr. and Michael Rasmussen, by their attorneys, move for summary judgment on all counts in their favor. Fed. R. Civ. P. 56. In support of this motion, Plaintiffs file contemporaneously their *Memorandum in Support of Plaintiffs Summary Judgment Motion* and *Plaintiffs Proposed Findings of Fact*. Oral argument on this motion is requested.

Dated: May 6, 2008

Respectfully submitted,


   /s/ Clayton J. Callen

| | |
|---|---|
| James Bopp, Jr., Ind. #2838-84 | Michael D. Dean |
| Jeffrey P. Gallant, Va. #46876 | 20975 Swenson Drive |
| Clayton J. Callen, Mo. #59885 | Suite 125 |
| Bopp, Coleson & Bostrom | Waukesha, WI 53186 |
| 1 South Sixth Street | 262/798-8044 telephone |
| Terre Haute, IN 47807-3510 | 262/798-8045 facsimile |
| 812/232-2434 telephone | *Local Counsel for Plaintiff* |
| 812/234-3685 facsimile | |
| *Lead Counsel for Plaintiff* | |

**Motion for Summary Judgment**     2