United States District Court
Eastern District of Wisconsin
Milwaukee Division

| | |
|---|---|
| **John Swaffer, Jr.** and **Michael Rasmussen**, *Plaintiffs*, v. **David Deininger**, in his official capacity as Chair of the Government Accountability Board; **Thomas Cane**, in this official capacity as Vice Chair of the Government Accountability Board; **Gerald Nichol**, in his official capacity as Secretary of the Government Accountability Board; **Michael Brennan**, in his official capacity as a member of the Government Accountability Board, **William Eich**, in his official capacity as a member of the Government Accountability Board; **James Mohr**, in his official capacity as a member of the Government Accountability Board; **Phillip A. Koss**, in his official capacity as District Attorney, *Defendants*. | Civil Action No. 2:08-cv-00208-JPS<br><br>[Proposed] Order |

**[Proposed] Order**

For the reasons stated in Plaintiffs' motion and memorandum in support of summary judgment, plaintiffs motion is GRANTED. It is hereby ORDERED that Defendants are permanently enjoined from enforcing Wis. Stat. §§ 11.23, 11.30, and Wis. Admin. Code § ElBd 1.655 against plaintiffs. It is further ORDERED that Defendants must expunge from the record any reports or registration filed by plaintiff Rasmussen.

Furthermore, the Court hereby DECLARES that the statutory provisions at issue are unconstitutional as applied to activities regarding ballot measure advocacy, and because the statutes are overbroad for sweeping in a substantial amount of protected speech, they are unconstitutional on their face.

SO ORDERED this _____ day of _____ 2008.

_____
Judge J.P. Stadtmueller
U.S. District Judge

**[Proposed] Order** 2